ABRAM P. KERLEY, Respondent, v. OSCAR MAYER, Appellant.

*Kerley* v. *Mayer*, 10 Misc. Rep. 718, affirmed.
(Argued January 20, 1898; decided February 4, 1898.)

APPEAL from a judgment of the General Term of the late Court of Common Pleas for the city and county of New York,

entered January 12, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*B. F. Einstein* for appellant.

*A. Britton Havens* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.